

| | | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Deborah L. Mbabazi**<br>*Special Assistant Corporation Counsel*<br>(212) 442-2380<br>(212) 788-9776 (fax)<br>dmbabazi@law.nyc.gov |

June 6, 2012

**VIA ECF**
Honorable Viktor V. Pohorelsky
United States Magistrate Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  <u>Shemell Clarke v. City of New York, et al.</u>, 11 CV 4763 (CBA)(VVP)

Your Honor:

      I am a Special Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendants City of New York, Jean M. Gaillard, Thomas Garrity and Ray Navedo in the above-referenced matter. Defendants write to advise Your Honor that the parties have reached a settlement agreement in this matter. Defendants are in the process of sending Plaintiff a Stipulation and Order of Settlement and Dismissal, and will provide Your Honor with a fully executed Stipulation and Order of Settlement and Dismissal once it has been duly executed.

      In light of the settlement reached between the parties, defendants, on behalf of all parties, respectfully request that Your Honor cancel the Telephone Status Conference currently scheduled for August 17, 2012 at 2:00 p.m. as moot. Plaintiffs' counsel, Gabriel P. Harvis Cohen, Esq., consents to this request.

      Thank you for your consideration herein.

      Respectfully submitted,

      /s/
      Deborah L. Mbabazi
      *Special Assistant Corporation Counsel*
      Special Federal Litigation Division

cc:      Honorable Carol B. Amon (By ECF)
           United States District Judge

cc:      Gabriel P. Harvis, Esq. (By ECF)
           *Attorney for Plaintiff*
           305 Broadway, 14th floor
           New York, NY 10007