UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
..................................................................

SHEMELL CLARKE,                                    ORDER OF DISCONTINUANCE

                        Plaintiff(s),              CV-11-4763 (CBA)

        -against-

CITY OF NEW YORK, et al.,                          FILED
                                                   U.S. ...
                        Defendant(s)               ⋆  JUN 1 2 2012  ⋆
..................................................................
                                                   BROOKLYN OFFICE
AMON, J.

        It having been reported to the Court that the above action has been settled, it is

        ORDERED that the action is hereby discontinued without prejudice to the right to

reopen the action in 45 days if the settlement is not consummated.

        SO ORDERED.

Dated:  Brooklyn, New York
        June /2 , 2012


                                    s/CBA

                        _____
                        Carol Bagley Amon
                        Chief United States District Judge